LEBEDIN | KOFMAN
LLP
ATTORNEYS AT LAW
26 BROADWAY, 27TH FL
NEW YORK, NY 10004
T (212)500-3273
F (855)696-6848

ARTHUR LEBEDIN*                                                                    + Member N.Y. Bar
RUSS KOFMAN+                                                                       * Member N.Y. & N.J
MICHAEL LEINOFF+
JOHN SIGNORIELLO+
DEJON DELPINO+

April 11, 2022

Hon. Cheryl L. Pollak, Magistrate Judge
United States District Court
225 Cadman Plaza
Brooklyn, NY 11201

> **Re:** ***Jia Zeng and Haitao Zeng v. County of Nassau et al.***
> **Dkt. No.: 19-CV-6287-MKB-CLP**

Dear Judge Pollak:

The undersigned represents Jia and Haito Zeng in the above-captioned Action. As you are aware, a conference is scheduled for April 19, 2022 for a status update.

At the last conference, held February 9, 2022, the parties agreed to hold depositions of the officers. Since that conference, depositions have been partially held, and continue to move forward apace. However, due to the parties' schedules, they are not yet complete.

For this reason, we are requesting an adjournment of the April 19 conference for 60 days, or until the next date the Court has available. We have conferred with Defense Counsel and have obtained his consent to this request.

If you require additional information or have any questions regarding this application, I am available at any time to discuss the matter. Thank you for your time and attention.

Very Truly Yours,

/s/ *Michael S. Leinoff, Esq.*
Michael Leinoff, Esq.