**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

June 14, 2022

Honorable Cheryl L. Pollak
United States District Court
Eastern District New York
225 Cadman Plaza
Brooklyn, New York 11201

    Re.:    Jia Zeng And Haitao Zeng v. County of Nassau et al.
            19-CV-6287(MKB)(CLP)

Your Honor:

    The Nassau County Attorney's Office represents defendants in the above-referenced matter. The purpose of this letter is to respectfully request that the settlement conference scheduled for September 27, 2022 be adjourned to September 28, 29 or 30, 2022. The reason for this request is that on September 27, 2022 I will be out of the office in observance of the second day of the Jewish holiday of Rosh Hashanah, and so will not be able to participate in the telephone conference. I will be back in the office on September 28, 29 and 30, 2022.

    Therefore, defendants respectfully request that the settlement conference scheduled for September 27, 2022 be adjourned to September 28, 29 or 30, 2022.

    Than you for your attention and consideration in this matter.

                                      Respectfully submitted,

                                      */s/ Ralph J. Reissman*
                                      RALPH J. REISSMAN
                                      Deputy County Attorney

cc: LEBEDIN KOFMAN LLP
    Attorneys for Plaintiffs (Via ECF)